TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,
Danielle Florio*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Florio, | Case No.:  2:17-cv-03265-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO STELLAR RECOVERY, INC., ONLY** |
| Equifax Information Services, LLC, et al., | |
| Defendants. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action

against Stellar Recovery, Inc., only, with prejudice and without costs to either party.

KENT LAW OFFICES

1

1 | DATED: November 6, 2017

By: */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Danielle Florio

2