TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Danielle Florio*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Florio, | Case No.: 2:17-cv-03265-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC, ONLY** |
| Equifax Information Services, LLC, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Portfolio Recovery Associates, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Portfolio Recovery Associates, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 10th day of April, 2018.

1

| | |
|---|---|
| | KENT LAW OFFICES |
| DATED: April 10, 2018 | |
| | By: __/s/  *Trinette G. Kent*__ |
| | Trinette G. Kent |
| | Attorneys for Plaintiff, |
| | Danielle Florio |