TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Danielle Florio*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Florio, | Case No.: 2:17-cv-03265-DGC |
| Plaintiff, | Hon. David G. Campbell |
| vs. | |
| Equifax Information Services, LLC, et al., | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC** |
| Defendants. | |

Plaintiff and Defendant Portfolio Recovery Associates, LLC, through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-

1

captioned action may be dismissed with prejudice against Defendant Portfolio Recovery Associates, LLC, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 11th day of May, 2018

          KENT LAW OFFICES

          By: /s/ Trinette G. Kent
          Trinette G. Kent
          *Attorney for Plaintiff*

          HINSHAW & CULBERTSON LLP

          /s/ Bradley L. Dunn w/ consent
          Stephen W. Tully
          Bradley L. Dunn
          *Attorneys for Portfolio Recovery*