# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Florio, | No. CV17-3265 PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services, LLC, et al., | |
| Defendants. | |

Pursuant to stipulation of the parties. Doc. 35.

**IT IS ORDERED** that the stipulation of the parties (Doc. 35) is **granted.** Defendant Portfolio Recovery Associates, LLC is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated this 11th day of May, 2018.

_____
David G. Campbell
United States District Judge